UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ZENO JUSTIN DAVIDSON**, | : | |
| Petitioner, | : | Civ. No. 16-3704 (JMV) |
| v. | : | **MEMORANDUM AND ORDER** |
| **JOHN TSOUKARIS**, et al., | : | |
| Respondents. | : | |

  Petitioner Zeno Justin Davidson, an immigration detainee confined at the Essex County Correctional Facility in Newark, New Jersey, filed this petition *pro se* for writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention. On June 27, 2016, attorney Anthony J. Fusco, Jr. entered an appearance on behalf of Petitioner. Petitioner has not paid the filing fee nor has he submitted an application to proceed *in forma pauperis*. Therefore, this matter will be administratively terminated. Petitioner shall have the chance to reopen this action if he either pays the $5.00 filing fee or files a complete application to proceed *in forma pauperis* on the form supplied by the Clerk that accompanies this Order within 45 days.

  Therefore, **IT IS** on this  29th  day of June, 2016,

  **ORDERED** that the Clerk of the Court shall administratively terminate this case due to Petitioner's failure to pay the requisite filing fee of $5.00, or to submit a complete application to proceed *in forma pauperis* on the form supplied by the Clerk, and it is further

  **ORDERED** that if Petitioner wishes to reopen this action, he shall notify the Court within 45 days of the date of entry of this order, in writing; Petitioner's writing shall include

either a complete and signed *in forma pauperis* application or the $5.00 filing fee; and it is further

      **ORDERED** that the Clerk of the Court shall provide a blank form application to proceed *in forma pauperis* by a non-prisoner (AO 239) to Petitioner by regular U.S. mail.

                                        s/ John Michael Vazquez
                                        JOHN MICHAEL VAZQUEZ
                                        United States District Judge